

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
Jun 16, 2008
JUN 1 6 2008 MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Kaizmen Jackson

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

08cv3450
JUDGE DARRAH
MAG. JUDGE MASON

vs.

Cook County Jail officers
Tom Dart, officer Elliot,
LT. powers, SGT. Rollo,

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

____ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

✓ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

____ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**

A. Name: Kaizmen Jackson

B. List all aliases: _____

C. Prisoner identification number: 2008-0033394 or K88195

D. Place of present confinement: Cook County Jail

E. Address: P.O. Box 089002 Chicago IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Tom Dart
  Title: Sheriff
  Place of Employment: Cook County

B. Defendant: LT Powers
  Title: Lutinent
  Place of Employment: Cook County Jail

C. Defendant: SGT Roho
  Title: Sergant
  Place of Employment: Cook County Jail

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: Jackson v Contour 07cv1662

    B. Approximate date of filing lawsuit: mid 2007

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Jackson Kaizmen

    D. List all defendants: Dr. Defuliaet, Dr. Contour, nurse Hollingsworth

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Federal court northern Dist. Ill

    F. Name of judge to whom case was assigned: Darrah

    G. Basic claim made: my 8th amendment was violated because of medical reasons

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): It is still pending

    I. Approximate date of disposition: N/A

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On May 13, 2008 I come to Cook County Court house from Statesville Correctional facility in Joliet, IL 60434 for a court date for criminal charges. That day I was mandated to stay in Cook County Jail to finish out my criminal case. This day was a tuesday. I was placed in Division 1 C-1 cell # 8 with inmate Ron Johnson 20070070976. At this time the Division was on lockdown because of a situation that happen in the morning of 5-13-08 with officers and inmates. I had another court date for 5-16-08 which was a friday. I return from court on the 7-3 shift to a flooded deck and the deck was still on lock down. I was then told to go in my flooded cell with my cellmate Ron Johnson. Second shift started which is 3-11 and at or about between 6:00 or 7:00 oclock me and my cellmate was handcuffed by LT Powers and another sergant whos name I do not know and was taken off the deck down stairs on the Boulevard where all the officers Be, and was placed in a holding cell with our handcuffs on our hands behind

4

our Backs. The LT and SGT left me and my cellmate for reasons unknown and then we were approached by officers. Officer Elliot was amongst them. They were saying these some of the motherfuckers that was fighting our officers tuesday aren't they the others responded yeah these fuckers are from C-well at this point me and my cell mate was quiet because while they were talking they were unlocking the gate that me was placed in by LT powers and the SGT. The officers came in and started pushing and beating on me and my cell mate Ron Johnson. I was pushed on the floor and kicked and punched repeatedly. Head, Body, legs, everywhere. As a result i cant hear out of my right ear. In the process of the assault i seen Sgt. Rollo and i called him and told him to stop them from beating me and he responded i dont have nothing todo with it and walked away. I've filled out a medical slip and have not been called or seen for my ear I am currently still trying to make it to the hospital.

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want to be compensated and i want to file assault charges on the officers

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 10 day of June, 20 08

_Kazmen J___
(Signature of plaintiff or plaintiffs)

Kazmen Jackson
(Print name)

2008003394 ~ K88195
(I.D. Number)

PO Box 089002, Chicago, IL 60608
PO Box 112 Joliet IL 60434
(Address)