Dear Judge John W Darrah                                08 C 3450

    I'm writing sir to ask if my counsel for this new case can be assigned to my same attorneys from Brinks Hofer, Gilson, and Lione. My new case number is 08 C 3450. My current case number i do not have at the present moment because of the back and forth with my criminal case. But the case is Keizmen Jackson V Contour. Sir i am not trying to burden you or your court, but i am coming to you to ask that my representation by the court stays with Brinks, Hofer, Gilson, and Lione, Do to my financial situation, plus my current situation as well. I am currently back in Statesville correctional facility at the moment, but this is my parenting penatentiary so my return if i leave again will be up held. I thank you sir for yours and the courts time and i hope the decision i'm asking is suitible not only for myself but the court as well. Once again i thank you

                Sincerely

                Keizmen Jackson

FILED
JUL 7 2008  aew
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

STA 0050 (Rev. 12/03)