# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | JOHN W. DARRAH | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3450 | **DATE** | 8-5-08 |
| **CASE TITLE** | Kaizmen Jackson (#2004-0004487) vs. Tom Dart, et al. | | |

**DOCKET ENTRY TEXT:**

By Minute Order of June 23, 2008, the court ordered the plaintiff either to file an *in forma pauperis* application or pay the full $350 statutory filing fee. The plaintiff was forewarned that failure to comply within thirty days would result in summary dismissal of this case. Nevertheless, over thirty days have elapsed and the plaintiff has failed to respond to the court's accordingly. Accordingly, the case is terminated pursuant to Fed. R. Civ. P. 41(b).

Docketing to mail notices.

mjm

FILED
2008 AUG -5 AM 6:09
CLERK, U.S. DISTRICT COURT